IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                        PLAINTIFF

v.                         No. 3:15-cv-318-DPM

KIM MUSE, Secretary, Poinsett County                           DEFENDANT
Detention Center

## JUDGMENT

Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2015